UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COLLEEN EDWARDS,

                    Plaintiff,

    -against-                                         18 **CIVIL** 5138 (CS)

                                                 **JUDGMENT**

ESSAM KHALIL, individually,
RAMON BETHENCOURT, individually,
and THE CITY OF MIDDLETOWN,
NEW YORK,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated November 22, 2021, Defendants' Motion to Dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      November 22, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                        **BY:**    *K. Mango*

                                                    **Deputy Clerk**